IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Southwest Fair Housing Council,<br><br>    Plaintiff,<br><br>v.<br><br>WG Scottsdale LLC,<br><br>    Defendant. | No. CV-19-00180-TUC-RM |

**VERDICT FORM**

**LIABILITY**

(1) With respect to Plaintiff Southwest Fair Housing Council's claim that Defendant WG Scottsdale LLC, d/b/a Atria Sierra Pointe, violated Title III of the Americans with Disabilities Act, we the jury, duly empaneled and sworn, upon our oaths do find in favor of (*mark one of the following*):

[X]  Plaintiff Southwest Fair Housing Council and against Defendant WG Scottsdale LLC, d/b/a Atria Sierra Pointe, by a preponderance of the evidence.

[ ]  Defendant WG Scottsdale LLC, d/b/a Atria Sierra Pointe, and against Plaintiff Southwest Fair Housing Council.

(2) With respect to Plaintiff Southwest Fair Housing Council's claim that Defendant WG Scottsdale LLC, d/b/a Atria Sierra Pointe violated the federal Fair Housing Act and the Arizona Fair Housing Act, we the jury, duly empaneled and sworn, upon our oaths do find in favor of (*mark one of the following*):

[X]   Plaintiff Southwest Fair Housing Council and against Defendant WG Scottsdale LLC, d/b/a Atria Sierra Pointe, by a preponderance of the evidence.

[ ]   Defendant WG Scottsdale LLC, d/b/a Atria Sierra Pointe, and against Plaintiff Southwest Fair Housing Council.

*If you find in favor of Plaintiff on its Fair Housing Act or Arizona Fair Housing Act claims, proceed to the following questions and then have your presiding juror sign and date the form. If you find in favor of Defendant, skip the following questions and have your presiding juror sign and date the form.*

## COMPENSATORY DAMAGES

We the jury, duly empaneled and sworn, having found in favor of Plaintiff Southwest Fair Housing Council on its federal Fair Housing Act and Arizona Fair Housing Act claims against Defendant WG Scottsdale LLC, d/b/a Atria Sierra Pointe, upon our oaths do find the total amount of compensatory damages caused by Defendant to be:

$ _____

## NOMINAL DAMAGES

Please award Plaintiff $1.00 in the space below if you indicated above that: (1) Defendant violated the Federal Fair Housing Act and/or the Arizona Fair Housing Act but (2) Plaintiff did not prove that it is entitled to compensatory damages. Otherwise, leave this space blank.

$  *1.00*

## PUNITIVE DAMAGES

We the jury, duly empaneled and sworn, having found in favor of Plaintiff Southwest Fair Housing Council on its federal Fair Housing Act and Arizona Fair Housing Act claims against Defendant WG Scottsdale LLC, d/b/a Atria Sierra Pointe, upon our oaths do find the total amount of punitive damages caused by Defendant to be:

$ _100,000.00_

_15_  _5-16-2022_
Presiding Juror Number    Date

- 4 -